# EXHIBIT

# 5

C05-085

# AWARD/CONTRACT

| | |
|---|---|
| RATING | DOA1 |
| PAGE OF PAGES | 1 |

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ➡

2. CONTRACT (Proc. Inst. Ident.) NO.: N00019-04-C-0093
3. EFFECTIVE DATE: 1 August 2005
4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: 10147338

5. ISSUED BY  CODE N00019
Commander, Naval Air Systems Command
c/o Joint Strike Fighter Program
Attn: Patricia K. Gibson (AIR-2.6PG)
200 12th Street South, Suite 600
Arlington, VA 22202

6. ADMINISTERED BY (If other than Item 5)  CODE S3619A
DCMA Aircraft Propulsion Operations- GE Cincinnati
General Electric Transportation
One Neumann Way
Cincinnati, OH 45215-6303
SCD: B

7. NAME AND ADDRESS IF CONTRACTOR (No., street, city, county, State, and ZIP Code)

GE Rolls-Royce Fighter Engine Team, LLC
One Neumann Way, Mail Drop 318A
Cincinnati, OH 45215
Tin No. 900132180   Parent Tin No.:
                    Parent Co.:
DUNS No: 139434034

CODE 3SJC9   FACILITY CODE 07482

8. DELIVERY
X FOB ORIGIN   OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ➡
ITEM: See Block 12

11. SHIP TO/MARK FOR  CODE
See Section F

12. PAYMENT WILL BE MADE BY  CODE HQ0337
DFAS – Columbus Center HQ0337
North Entitlement Operations
P.O. Box 182266
Columbus, OH 43218-2266

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION
X☐ 10 USC 2304(c)(1)   ☐ 41 USC 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA
See Section G

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Design, develop, fabricate, test, manage and qualify the F136 Propulsion System and Engine Interchangeability common hardware for the F-35 Aircraft | 1 | 1 JB | | |
| 0002 | F136 Flight Test Propulsion Systems | 1 | 1 LO | | |
| 0003 | F-35 Aircraft and F136 Propulsion System Flight Test Support | 1 | 1 JB | | |
| 0004 | Support and Training Systems Development | 1 | 1 JB | | |
| 0005 | Technical data for Items 0001 through 0004 | 1 | 1 LO | | |
| 0006 | Contractor Furnished Fuel | 1 | 1 JB | | |

15G. TOTAL AMOUNT OF CONTRACT: $2,466,258,499

### 16. TABLE OF CONTENTS

| (√) | SEC. | DESCRIPTION | PAGE(S) | (√) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1-1 | X | I | CONTRACT CLAUSES | 8-1 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 1-2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 2-1 | X | J | LIST OF ATTACHMENTS | 9-1 |
| X | D | PACKAGING AND MARKING | 3-1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 4-1 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 5-1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 6-1 | | L | INSTRS., CONDS., AND NOTICES TO OFFER | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 7-1 | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. X CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return __1__ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein).

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number _____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or Print)
Gary Hansman
Contract Manager

20A. NAME OF CONTRACTING OFFICER
Lisa Bregman
JSF Propulsion Contracting Officer

19B. BY _____  19C. DATE SIGNED _____
(Signature of person authorized to sign)

20B. UNITED STATES OF AMERICA
BY _____  20C. DATE SIGNED _____
(Signature of Contracting Officer)

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48CFR 53.214(a))

---

UNCLASSIFIED//REL TO USA, AUS DOD, CAN DND, DNK MOD, GBR MOD, ITA MOD, NLD MOD, NOR MOD and TUR MND
Special Provision H-4 and Attachments (5), (6), and (11) contain FET proprietary information and cannot be released without approval of the PCO

## SCHEDULE

### SECTION E – INSPECTION AND ACCEPTANCE

Item 0001 – Inspection and acceptance of the supplies and services to be furnished hereunder shall be made at the Contractor's facilities in Evendale, Ohio, by the cognizant contract administration office (CAO), or at the Joint Strike Fighter Program Office, Arlington, Virginia, by the Contracting Officer's Representative (COR). Acceptance of all the supplies and services called for under Item 0001 shall occur upon satisfactory completion of all requirements specified in Section J, Attachment (1), "F136 Propulsion System Systems Development and Demonstration (SDD) Statement of Work", Attachment (2), "F136 Propulsion System Contract Specification," and final submission of the Exhibit A, Contract Data Requirements List (CDRL), DD Form 1423, Data Item A004 "Cost Performance Report."

Item 0002 – Inspection and acceptance of the Item 0002 F136 propulsion systems tendered for delivery hereunder shall be made at the Contractor's facility, Evendale, Ohio, or Peebles, Ohio, by the cognizant Contract Administration Office. Item 0002 acceptance testing requirements shall be as set forth in Section J, Attachment (2), "F136 Propulsion System Contract Specification."

In addition to final inspection and acceptance at the Contractor's plant specified in the preceding paragraph, final inspection and acceptance may take place at the plants of the Contractor's other divisions or team members that may be performing work under this contract, at any subcontractor's plant(s), and any vendor of the contractor, provided that such plant or plants of a team member, subcontractor or vendor shall have been approved for such purposes in writing by the Administrative Contracting Officer.

Item 0003 – Inspection and acceptance of the services to be furnished hereunder shall be made at the flight test facilities at Edwards Air Force Base, California, and Naval Air Station, Patuxent River, Maryland, by the cognizant contract administration office (CAO) via the DD1149.

Item 0004 – Inspection and acceptance of autonomic logistics support and training products and inputs called for hereunder shall be made at the Contractor's facility, Evendale, Ohio, by the cognizant CAO, the Integrated Training Facility, or at the Joint Strike Fighter Program Office, Arlington, Virginia, by the COR, in accordance with Section J, Attachment (1), "F136 Propulsion System Systems Development and Demonstration (SDD) Statement of Work" and Attachment (2), "F136 Propulsion System Contract Specification."

Item 0005 – Inspection and acceptance of the technical and administrative/financial data called for hereunder shall be accomplished by the office identified in Block 6 of Exhibit A, Contract Data Requirements List (CDRL), DD Form 1423.

Item 0006 – Not applicable

SECTION E - CLAUSES INCORPORATED BY REFERENCE:
FAR 52.246-3        Inspection of Supplies – Cost-Reimbursement (MAY 2001)
FAR 52.246-5        Inspection of Services – Cost-Reimbursement (APR 1984)
FAR 52.246-8        Inspection of Research and Development – Cost-Reimbursement (MAY 2001)
FAR 52.246-11       Higher-Level Contract Quality Requirement (FEB 1999)
                    "(The information to be inserted in paragraph (b) of the above-referenced clause is Quality Management Systems: Requirements (ANSI/ISO/ASQ 9001-2000)."
DFARS 252.246-7000  Material Inspection and Receiving Report (MAR 2003)

UNCLASSIFIED//REL TO USA, AUS DOD, CAN DND, DNK MOD, GBR MOD, ITA MOD, NLD MOD, NOR MOD and TUR MND
Special Provision H-4 and Attachments (5), (6), and (11) contain PET proprietary information and cannot be released without approval of the PCO