# EXHIBIT

# 6

UNCLASSIFIED

# DCMA Aircraft Propulsion Operations Rolls-Royce
## SITUATION REPORT
## SITREP # 1
## 28 September 2006
# DRAFT

1. **SITUATION OVERVIEW:** Rolls-Royce, Indianapolis, IN provides gas turbine engines to both military and civilian aircraft. Under civilian regulations Rolls-Royce Corporation must comply with Federal Aviation Administration (FAA) regulations requiring an Organization Designated Airworthiness Representative (ODAR), who represents the FAA and certifies that the company's quality system is satisfactory therefore certifying production engines for airworthiness. The ODAR is an employee of the company. The Rolls-Royce ODAR has notified the FAA about concerns regarding configuration control, inspection status, control of the quality system, and compliance to regulatory requirements and that Rolls-Royce has not resolved his concerns internally.

2. **OPERATIONS:** Our office continues to perform periodic process evaluations of the quality and manufacturing system and review all non-conformances that affect any military engines. Our reviews and audits <u>do not support</u> the allegations of the ODAR at this time.

3. **INTELLIGENCE:** None. The information in this report should be considered confidential.

4. **LOGISTICS:** None.

5. **COMMUNICATIONS/CONNECTIVITY:** Currently all IT systems are operational.

6. **PERSONNEL:** All personnel are on duty based on their normal tours.

7. **SIGNIFICANT/POLITICAL/MILITARY/DIPLOMATIC EVENTS:** N/A

8. **COMMANDER'S EVALUATION:** Our reviews and assessments do not support the ODAR's allegations. We have seen significant improvements in the company's compliance to the International Standards Organization (ISO) quality standards in the last year as well as significant reductions in the numbers of non-conformances and numbers of parts requested to be accepted not fully meeting drawing and process requirements. Additionally, the company has improved their corrective action system and quality of their corrective and preventative actions in the last year. We receive information on all field incidents regarding military engines or commercial engines with military application. At this time we have no data or any information that supports the employee allegations as we understand them. Rolls Royce initiated an internal investigation on the merits of the employee allegations; this investigation is in progress at this time. We continue to monitor the progress of Rolls Royce's internal investigation as well as any intervention from the FAA.

9. **APPROVING OFFICIAL'S SIGNATURE:**

    John Westerbeke, Captain, USN
    Commander,
    Aircraft Propulsion Operations

UNCLASSIFIED//FOR OFFICIAL USE ONLY//