# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS McARTOR and KEITH RAMSEY, <br><br> Relators/Plaintiffs, <br> v. <br><br> ROLLS-ROYCE CORPORATION, <br><br> Defendant. | No. 1:08 Civ. 0133-WTL-DML |

## JOINT STATUS REPORT

Relators Thomas McArtor and Keith Ramsey ("Relators") and Defendant Rolls-Royce Corporation ("Rolls-Royce"; collectively, the "Parties") jointly submit this status report:

### Introduction

1. The Court has previously stayed the lawsuit to permit time for the Parties and the Government to attempt to finalize settlement and other necessary agreement(s) following a two-day mediation in Washington, D.C. between the Parties. The Parties have provided status reports regarding their progress in finalizing a written settlement and side agreement on April 15, 2016 (Dkt. 218), May 31, 2016 (Dkt. 226), July 15, 2016 (Dkt. 227), August 31, 2016 (Dkt. 229), October 17, 2016 (Dkt. 231), November 30, 2016 (Dkt. 232), January 17, 2017 (Dkt. 233), March 3, 2017 (Dkt. 234), April 28, 2017 (Dkt. 235), June 19, 2017 (Dkt. 236), July 27, 2017 (Dkt. 238) and September 18, 2017 (Dkt. 240), and the parties filed a further status updates on October 25, 2017 (Dkt. 241), November 17, 2017 (Dkt. 242) and December 18, 2017 (Dkt. 243).

2. The Parties and the Government have exchanged drafts of a written settlement agreement. The Parties and the Government have also exchanged drafts of a written side agreement.

3. The Parties understand that the Government continues to be engaged in the required, multi-level review process necessary to approve a settlement, including a review of the side agreement, which is ongoing. In order for the Parties and the Government to try to resolve any remaining issues, finalize the agreements, and obtain the necessary Government approvals, the undersigned counsel respectfully request that the Court extend the stay of this lawsuit to Monday, February 19, 2018.

WHEREFORE, the Parties jointly move the Court for to extend the stay of litigation to Monday, February 19, 2018.

January 18, 2018                                     Respectfully submitted,

**Attorneys for Rolls-Royce Corporation**

*/s/* Jeff M. Barron
Peter A. Morse, Jr. (IN 17474-49)
Richard P. Winegardner (IN 17125-49)
Jeff M. Barron (IN 27730-49; IL 6269374)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204

**Attorneys for Relators**

*/s/* Dan Twetten (by permission)
(*Pursuant to L.R. 5-7(e), Mr. Twetten consented to his signature via email on January 18, 2018*)
Michael Kanovitz
Dan Twetten
Anand Swaminathan
Scott Rauscher
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL  60607

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system, who may access this filing through the Court's system.

>Jill Z. Julian - jill.julian@usdoj.gov
>UNITED STATES ATTORNEY'S OFFICE
>10 West Market Street, Suite 2100
>Indianapolis, IN 46204

>>/s/ Jeff M. Barron